**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN    DISTRICT OF MISSISSIPPI**

Debtor: Judy K. Street _____ SSN: XXX-XX- 1754 _____   CASE NO. _____

Joint Debtor: _____ SSN: XXX-XX-_____   Median Income: ☑ Above ☐ Below

Address: 82 Moss Woods Dr _____

          Madison, MS 39110 _____

**THIS PLAN DOES NOT ALLOW CLAIMS.  Creditors must file a proof of claim to be paid under any plan that may be confirmed.  The treatment of ALL secured and priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of _____ 60 _____ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)   Debtor shall pay $_____ 1,150.00 _____ (☐ monthly, ☑ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee.  Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

          AT&T, Attn: Payroll _____

          909 Chestnut _____

          St. Louis, MO 63101 _____

(B)   Joint Debtor shall pay $_____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

          _____

          _____

          _____

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:

Internal Revenue Service:     $_____ 90,314.00 _____ at $_____ 1,505.23 _____ /month

Mississippi Dept. of Revenue:  $_____ at $_____ /month

Other/_____:       $_____ at $_____ /month

**DOMESTIC SUPPORT OBLIGATION.** DUE TO: _____

          _____

          _____

POST PETITION OBLIGATION:  In the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE:  In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.**   All claims secured by real property which are to be paid through the plan shall be scheduled below.  Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

| Mtg pmts to | Beginning | @ $ | ☐Plan ☐Direct |
|---|---|---|---|
| Mtg pmts to _____ | Beginning _____ | @ $_____ | ☐Plan ☐Direct |
| Mtg pmts to _____ | Beginning _____ | @ $_____ | ☐Plan ☐Direct |
| Mtg pmts to _____ | Beginning _____ | @ $_____ | ☐Plan ☐Direct |

| Mtg arrears to | Through | $ | @ $ | /mo |
|---|---|---|---|---|
| Mtg arrears to _____ | Through _____ | $_____ | @ $_____ | /mo |
| Mtg arrears to _____ | Through _____ | $_____ | @ $_____ | /mo |
| Mtg arrears to _____ | Through _____ | $_____ | @ $_____ | /mo |

Debtor's Initials JES        Joint Debtor's Initials _____        Chapter 13 Plan, Page 1 of _____

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| **MS Telco FCU** | **'04 Suzuki** | | **$2,992.21** | **$6,000.00** | **5.0** | **AMT. OWED** |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| **Bayview Loan** | **House** | **$202,000.00** | **abandon - pay $0.00** |
| **Tower Loan** | **P/P** | **$1,000.00** | **abandon - pay $0.00** |
| **Tower Loan** | **P/P** | **$1,100.00** | **abandon - pay $0.00** |
| | | | |
| | | | |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| **ACS** | **$2,658.73** | | **pay the same % as all** |
| | | | **other unsecured claims** |
| | | | |
| | | | |
| | | | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
_____
_____
_____

**GENERAL UNSECURED CLAIMS** total approximately $_____33,906.13_____. Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), ___70___%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _JICS_     Joint Debtor's Initials _____     Chapter 13 Plan, Page 2 of _____

Total attorney fee charged:       $     3,200.00
Attorney fee previously paid:     $       625.00
Attorney fee to be paid in plan:  $     2,575.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

Attorney for Debtor (Name/Address/Phone/Email)
**J. Thomas Ash of Ash Law Firm, PLLC**
**P.O. Box 13219**
**Jackson, MS 39236**

Telephone/Fax:_____

Telephone No. 601-981-5600
Facsimile No.  601-981-9460
Email address  ash@jtashlaw.net

DATED: 5|28|15          DEBTOR'S SIGNATURE

JOINT DEBTOR'S SIGNATURE

ATTORNEY'S SIGNATURE

Chapter 13 Plan, Page 3 of _____

Effective:  October 1, 2011